UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| EDWIN SEVRENCE, | ) | 3:08-CV-0518-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 22, 2010 |
| NDOC, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　　Plaintiff's motion to compel (#33) defendants to produce a copy of plaintiff's medical file at defendants' expense is **DENIED**.  Plaintiff may review his medical file in accordance with NDOC policies and procedures.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK

　　　　　　　　　　　　　　　By:　　　　/s/　　　　　　　　　　
　　　　　　　　　　　　　　　　　　Deputy Clerk