**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

EDWIN SEVRENCE,

        Plaintiff,                        3:08-CV-0518-LRH (VPC)

vs.                                       **MINUTES OF THE COURT**

NDOC, et al.,                       Date: September 28, 2010

        Defendants.
_____/

PRESENT:
THE HONORABLE   VALERIE P. COOKE  , UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN             REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF:   NONE APPEARING

COUNSEL FOR DEFENDANTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

      Defendants filed a motion to seal exhibits in support of motion for summary judgment (#34). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

      **IT IS ORDERED** that defendants' motion to seal exhibits in support of motion for summary judgment (#34) is **GRANTED**. The exhibits (#36) are filed and shall remain under seal.

      **IT IS SO ORDERED.**

                                          LANCE S. WILSON, CLERK

                              By:   /s/
                                   Deputy Clerk.