UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| EDWIN SEVRENCE, ) | |
| ) | |
| Plaintiff, ) | 3:08-cv-00518-LRH-VPC |
| ) | |
| v.  ) | |
| ) | O R D E R |
| NDOC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#50[1]) entered on November 16, 2010, recommending granting Defendants' Motion for Summary Judgment (#35) filed on August 31, 2010. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#51) on December 3, 2010, and Defendants filed their Response to Plaintiff's Objections to Magistrate Judge's Report and Recommendation on December 14, 2010 (#52), pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the response of Defendants, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court

---

[1]Refers to court's docket number.

determines that the Magistrate Judge's Report and Recommendation (#50) entered on November 16, 2010, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#50) entered on November 16, 2010, is adopted and accepted, and Defendant's Motion for Summary Judgment (#35) is GRANTED.

IT IS SO ORDERED.

DATED this 17th day of January, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE